PAUL SHEARMAN. The (UNITED STATES v.). See Case No. 16,012.

## Case No. 10,849.

### In re PAULSON.

[Betts, Scr. Bk. 75.]

District Court, S. D. New York. 1842.

BANKRUPTCY—PRIVILEGED CLAIM—MONEY LOANED.

This was an application on the part of a creditor asking to have a portion of his claim against the estate of the bankrupt [Leonard Paulson], and which amounted to $57.54, put among the privileged claims. He alleged that he had advanced the money to pay the wages of some operatives, who had been employed by the bankrupt, and he alleged that it was a similar case contemplated by the act in providing that wages should be deemed privileged claims, and paid in full.

THE COURT say that they cannot allow such a construction of the act. The clause applies solely to claims for personal services, such as domestic servants, and could not be construed into a case of money lent.